**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**VALEANT INTERNATIONAL (Barbados)**
**SRL and A.P. PHARMA, INC.,**

       **Plaintiffs,**

v.                                      Case No.  **2:12-cv-43-FtM-29SPC**

**SPEAR PHARMACEUTICALS, INC.,**

       **Defendant.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

__X__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: February 21, 2012

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Lawrence A. Farese
Lawrence A. Farese
Florida Bar Number 252808
711 5th Avenue South, Suite 201
Naples, FL 34102
Tel: 239-430-7070
Fax: 239-213-1970
Email: LAFarese@rkmc.com

Theresa M. Gillis
Trial Counsel
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel: 212-506-2553
Fax: 212-849-5553
Email: tGillis@mayerbrown.com

Thomas W. Jenkins
Erick J. Palmer
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-701-7104
Fax: 312-706-8598
Email: tJenkins@mayerbrown.com

*Attorneys for Plaintiffs Valeant International (Barbados) SRL and A.P. Pharma, Inc.*