UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VALEANT INTERNATIONAL
(BARBADOS) SRL and A.P.
PHARMA, INC.,

      Plaintiffs,

V.                                              Case No:  2:12-CV-43-FtM-29SPC

SPEAR PHARMACEUTICALS,
INC.,

      Defendant.

_____/

## ORDER

      This matter comes before the Court on Co-Plaintiff, Valeant International (Barbados) SRL's ("Valeant"), Unopposed Motion to Change Name to Valeant International Bermuda (Doc. #32) filed on July 11, 2012. On July 3, 2012, Valeant was continued and registered, under the laws of Bermuda, as a Bermuda Company. As part of the process, Valeant changed its name to Valeant International Bermuda. Because of this, Valeant requests the Court change its name from "Valeant International (Barbados) SRL" to "Valeant International Bermuda" on the Court's Case Management/Electronic Filing System ("PACER") and amend the case caption to reflect the same.

      Valeant's request does not seek to change the substance of its complaint. Rather, the amendment is a mere formality meant to reflect that Valeant changed its name from "Valeant International (Barbados) SRL" to "Valeant International Bermuda." Amending the caption to reflect this change would not prejudice Defendant. Defendant had sufficient notice of Valeant's

name change and failed to oppose Valeant's Motion. Therefore, the Court finds good cause to allow Valeant to amend its name in this action.

Accordingly, it is now

**ORDERED:**

Co-Plaintiff Valeant International (Barbados) SRL's Unopposed Motion to Change Name to Valeant International Bermuda (Doc. #32) is **GRANTED**. The Clerk of Court is directed to change Valeant's name from "Valeant International (Barbados) SRL" to "Valeant International Bermuda" in the Court's Case Management/Electronic Filing and PACER system.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record